IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

NAUTILUS INSURANCE COMPANY PLAINTIFF

VS. Case No. 09-4075

KERRY MOSBEY; KGM CONSTRUCTION, INC.;
BOB HARRISON; AND JAN HARRISON DEFENDANTS

SEPARATE RESPONSE OF
DEFENDANT KERRY MOSBEY
AND KGM CONSTRUCTION, INC.
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (REFILED

Separate defendants and insureds, Kerry Mosbey and KGM Construction, Inc., refiles this response to the motion for summary judgment filed by plaintiff, and would show the court the following:

1. The key genuine dispute between the parties relates to the alleged insurance coverage as set out on the Declaration Page of the insurance policy in question. This "Dec Page" notes that the insureds, Kerry Mosbey and KGM Construction, Inc., have "Products Competed Operation" coverage, which would cover the defendant Harrisons' allegations. However, the "Products Completed Operation " coverage pages are missing in the policy in question. The insureds paid for "Products Completed Operation" coverage. There is a genuine dispute as to why "Products Completed Operation" coverage is not being provided by plaintiff. See "Exhibit A" which is attached to this response.

2. There is a genuine dispute between the parties as to why various work projects relating to the foundation of the Harrison structure were performed during the coverage period and why these work projects were not covered under the insurance policy in question. Discovery in the Bob Harrison, et al vs. Kerry Mosbey, et al case show that building permits, payment for the construction of the foundation, the preparation of the site plan, and the construction of helical piers was performed the period from August 5, 2004, through August 20, 2004. This was the period covered by the insurance policy in question. See Exhibit "B," which is attached to this response.

3. There is a further genuine dispute between the parties as to the following:

a. Whether there was actual "property damage" and/or "bodily injury"

incurred by separate defendants Bob Harrison and Jan Harrison during the time that plaintiff's policy of insurance was in effect.

b. Whether "Kerry Mosbey" individually and/or his corporation was actually agreed to be the insured on the policy. The entire definition of "individual" should be a fact question and not amenable to summary judgment.

c. Whether the policy in question covered the types of work performed on the Harrison structure.

d. Whether the damages allegedly suffered by the defendant Harrisons are of a nature to be "property damage" or "bodily injury" as defined in the policy and how they relate to the work alleged performed by defendants Kerry Mosbey and KGM Construction, Inc.

4. Plaintiff has submitted a series of exclusions from the insurance policy in question, some specific and some not specifically set out, all of which would be best decided by a fact finder in this case and not on a summary basis.

WHEREFORE, separate defendants Kerry Mosbey and KGM Construction, Inc. pray that the cause of action filed against them be dismissed for the reasons set out in this answer, for attorney's fees, for costs incurred in defending this action, and for all other relief to which is may be entitled, in equity and in law.

**DODSON & DODSON, L.L.P.**

2005 Moores Lane
Texarkana, Texas 75503
(903) 794-3121 telephone
(903) 793-4801 telefax

**Nelson V. Shaw** 78206
Attorney for Separate Defendants
Kerry Mosbey and
KGM Construction, Inc.

VERIFICATION

STATE OF TEXAS

COUNTY OF B0WIE

I, Kerry Mosbey, a named defendant herein, state on oath that I have read the above and foregoing Answer and that the facts and statements contained therein are true and correct to the best of my knowledge and belief.

Dated this 25th day of October, 2010.

DEBRA C. ASHFORD
My Commission Expires
January 12, 2011
NOTARY PUBLIC STATE OF TEXAS

Kerry Mosbey

Subscribed and sworn to before me, a notary public, on this 25th day of October, 2010.

Notary Public

My Commission Expires:
1/12/2011

CERTIFICATE OF SERVICE

I, Nelson V. Shaw certify that a true and correct copy of the above and foregoing Answer has been forwarded to the following attorneys of record by United States Mail, postage prepaid, on this 26th day of October, 2010:

Ms. Beverly Rowlett
Attorney at Law
Regions Center
400 West Capitol, Suite 1900
Little Rock, AR 72201

Mr. Michael Friedman
Attorney at Law
200 West Broad Street
Texarkana, TX 75501

Mr. Jim Tilley
Attorney at Law
200 South Commerce Street, Suite 200
Little Rock, AR 72201-1769

Nelson V. Shaw